**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LORENZO CROWE, III** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 10-cv-4280 |
| | : | |
| **WORDSWORTH ACADEMY** | : | |
| and **DESIREE YOUNG,** | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW**, this  9th  day of March, 2012, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 46), and the Court having conducted a hearing on February 29, 2012, it is hereby **ORDERED** that the motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

It is **FURTHER ORDERED** that Plaintiff's Motion for Sanctions (Doc. No. 41), Plaintiff's Motion to Recover (Doc. No. 42), and Plaintiff's Motion to Withdraw as Counsel (Doc. No. 45) is **DENIED**, as the Court no longer has jurisdiction in this case.

All parties shall bear their own costs associated with these motions.

BY THE COURT:


   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE